ELEANOR KAZYAK, an Infant, etc., Appellant, v. CLIFFORD McEVOY, Respondent. — Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOHN KAZYAK, JR., an Infant, etc., Appellant, v. CLIFFORD McEVOY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GEORGE P. STAMPP and Another, Appellants, v. THE BOARD OF SUPERVISORS OF THE COUNTY OF CAYUGA and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HANNS P. KNIEPKAMP, Respondent, v. ULYSSES N. WILSON and Others, Assessors of the Town of Ovid, N. Y., Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Voluntary Dissolution of DOYLE GASOLINE & OIL COMPANY, INCORPORATED. — Orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOHN SCHOEFFTER, an Infant, etc., Appellant, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant, JOHN A. FIBISON and Another, Respondents, Impleaded with Another, Defendant. — Judgment and orders affirmed, with costs in favor of the plaintiff against the defendant railroad and in favor of the defendants Fibison and Betz against the plaintiff. Appeal of the defendant railroad against Fibison and Betz dismissed, without costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ROBERT D. FRASER, Appellant, v. MATTHEW A. CARTON and Others, Respondents; MATTHEW A. CARTON and Others, Respondents, v. ROBERT D. FRASER, Appellant. — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ. [140 Misc. 881.]

SIDNEY K. JOHNSON, Respondent, Appellant, v. THE THOMAS BREEN COMPANY, Appellant, Impleaded with NATIONAL SURETY COMPANY, Respondent, and THE STATE OF NEW YORK and Others, Defendants.— Judgment against Thomas Breen Company modified on the law by reducing the amount of the recovery to $3,724.30, with interest thereon from the 1st day of October, 1927, and as so modified affirmed, without costs of this appeal to either party. Judgment dismissing the complaint as to the defendant National Surety Company affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

IRVING TRUST COMPANY, as Trustee, Appellant, v. EMPIRE STATE RAILROAD CORPORATION and Another, Respondents, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ANGELO TARDONE, Respondent, v. IMPORTERS AND EXPORTERS INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment modified as to costs in accordance with the decision made herewith upon the appeal from the order as to taxation of costs (post, p. 652), and as so modified affirmed, together with the order denying the motion for a new trial, with costs to the respondent. All concur, except Crouch and Edgcomb, JJ., who dissent only as to the items of costs of the first trial, viz., forty dollars. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.